# United States Court of Appeals
## For the First Circuit

---

No. 05-2419

MARK OBERSHAW,

Petitioner, Appellant,

v.

KATHLEEN LANMAN; PETER ALLEN,

Respondents, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on June 30, 2006 is amended as follows:

In the sentence on page 9, line 14 insert the word "of" after the word "more".